



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

v.

D-1   GREGORY KIRK JACKSON,
      aka Gregg Kirk Chase,

                Defendant.

_____/

Case:2:15-cr-20719
Judge: Battani, Marianne O.
MJ: Patti, Anthony P.
Filed: 11-12-2015 At 10:11 AM
SEALED MATTER (dat)

VIO:  18 U.S.C. § 611
18 U.S.C. § 1001(a)(2)
18 U.S.C. § 1015(f)
18 U.S.C. § 1546(a)

## INDICTMENT

THE GRAND JURY ATTORNEY CHARGES:

### GENERAL ALLEGATIONS

At all times pertinent to this indictment, the defendant GREGORY KIRK JACKSON, has been and has remained a citizen and national of Canada, and has never become a citizen of the United States of America.

In 1976, GREGORY KIRK JACKSON was convicted of an aggravated felony, in Oakland County, Michigan. He was sentenced to prison. The defendant

1

was thereafter removed from the United States to Canada. Due to his aggravated felony conviction, the defendant was permanently barred from returning to the United States of America.

Contrary to law, GREGORY KIRK JACKSON, returned to the United States. During 1999, GREGORY KIRK JACKSON, using the name Gregg Kirk Chase or Gregg K. Chase, falsely claimed to be a citizen of the United States of America, registered to vote and obtained a Michigan Driver's license.

On August 5, 2003, GREGORY KIRK JACKSON, using the name Gregg K. Chase, married a citizen of the United States of America. Thereafter, his wife filed form I-130 (Petition for Alien Relative) with the United States seeking to allow her husband (GREGORY KIRK JACKSON using the name Gregg K. Chase) to enter the United States. The petition contained false statements and omissions.

On November 17, 2004, relying upon the omissions and false statements contained in the petition, the United States approved the request. Thereafter, on April 29, 2005, GREGORY KIRK JACKSON, using the name Gregg K. Chase, filed a form DS-230 (Application for Immigrant Visa and Alien Registration). This application likewise contained false statements and omissions.

On June 22, 2006, relying upon the omissions and false statements contained in the application, the United States improvidently granted an immigrant visa to

2

GREGORY KIRK JACKSON, under the name Gregg K. Chase. On June 29, 2006, GREGORY KIRK JACKSON was admitted to the United States of America.

From June 29, 2006, up to and including the date of this indictment, GREGORY KIRK JACKSON, has left and re-entered the United States of America on several occasions using his "Green" Card (Form I-551) issued to him in the name of Gregg K. Chase.

These General Allegations are incorporated in each count of the indictment.

## COUNT ONE

### (18 U.S.C. §1546(a) – Use of Immigration Document Procured by Fraud)

On or about October 25, 2014, within the Eastern District of Michigan, Southern Division, GREGORY KIRK JACKSON, did knowingly use a Form I-551 (Permanent Resident "Green" Card) in the name Gregg K. Chase, which the defendant knew to be procured by means of a false claim and statement, in that the defendant, on September 27, 2005, stated on his application for an Immigrant Visa and Alien Registration that he had never been charged, arrested or convicted of any offense or crime when he then knew that he had previously been arrested, charged

and convicted of various crimes within the United States under the name of Gregory Kirk Jackson, including Armed Robbery (76-26461) and Carrying a Concealed Weapon (74-20848); in violation of Title 18, United States Code, Section 1546(a).

## COUNT TWO

(18 U.S.C. §1546(a) – Use of Immigration
Document Procured by Fraud)

On or about December 6, 2014, within the Eastern District of Michigan, Southern Division, GREGORY KIRK JACKSON, did knowingly use a Form I-551 (Permanent Resident "Green" Card) in the name Gregg K. Chase, which the defendant knew to be procured by means of a false claim and statement, in that the defendant, on September 27, 2005, stated on his application for an Immigrant Visa and Alien Registration that he had never been charged, arrested or convicted of any offense or crime when he then knew that he had previously been arrested, charged and convicted of various crimes within the United States under the name of Gregory Kirk Jackson, including Armed Robbery (76-26461) and Carrying a Concealed Weapon (74-20848); in violation of Title 18, United States Code, Section 1546(a).

## COUNTS THREE- SEVEN

(18 U.S.C. §1001 (a)(2) – False Statements to Federal Agent)

On or about December 6, 2014, within the Eastern District of Michigan, Southern Division, GREGORY KIRK JACKSON, did knowingly and willfully make materially false, fictitious, and fraudulent statements and representations to United States Customs and Immigration officers pertained to a matter within the jurisdiction of the executive branch of the United States government.

During this date and time GREGORY KIRK JACKSON, did knowingly and willfully:

Count 3 - Falsely denied using any other name;

Count 4 - Falsely denied being convicted of a crime;

Count 5 - Falsely denied being in jail or prison for more than a couple of hours;

Count 6 - Falsely denied giving any US official any information or documentation that was false; and

Count 7 - Falsely denied lying to any US official to gain entry or admission to the United States or to gain an immigration benefit;

All in violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT EIGHT

(18 U.S.C. §1015(f) – False Claim of United States Citizenship)

On or about November 6, 2012, within the Eastern District of Michigan, Southern Division, GREGORY KIRK JACKSON, an alien, knowingly falsely represented himself to be a citizen of the United States of America, when he certified that he was a qualified elector to vote in an election involving a candidate in a Federal election; in violation of Title 18, United States Code, Section 1015(f).

## COUNT NINE

(18 U.S.C. §1015(f) – False Claim of United States Citizenship)

On or about November 4, 2014, within the Eastern District of Michigan, Southern Division, GREGORY KIRK JACKSON, an alien, knowingly falsely represented himself to be a citizen of the United States of America, when he certified that he was a qualified elector to vote in an election involving a candidate in a Federal election; in violation of Title 18, United States Code, Section 1015(f).

## COUNT TEN

(18 U.S.C. §611 – Illegal Voting by an Alien)

On or about November 6, 2012, within the Eastern District of Michigan, Southern Division, GREGORY KIRK JACKSON, an alien, did knowingly vote in

an election involving a candidate in a Federal election; in violation of Title 18, United States Code, Section 611.

## COUNT ELEVEN

(18 U.S.C. §611 – Illegal Voting by an Alien)

On or about November 4, 2014, within the Eastern District of Michigan, Southern Division, GREGORY KIRK JACKSON, an alien, did knowingly vote in an election involving a candidate in a Federal election; in violation of Title 18, United States Code, Section 611.

THIS IS A TRUE BILL

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

BARBARA L. McQUADE
United States Attorney

*s/Ronald W. Waterstreet*
RONALD W. WATERSTREET
Assistant U.S. Attorney
211 W. Fort St., Ste. 2001
Detroit, MI 48226
Phone: (313) 226-9593
e-Mail: ronald.waterstreet@usdoj.gov

Date: November 10, 2015

## ORIGINAL

| | | |
|---|---|---|
| **United States District Court**<br>**Eastern District of Michigan** | **Criminal Case C** | Case:2:15-cr-20719<br>Judge: Battani, Marianne O.<br>MJ: Patti, Anthony P.<br>Filed: 11-12-2015 At 10:11 AM<br>SEALED MATTER (dat) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to c‹

**Reassignment/Recusal Information** This matter was opened in the USAO prior to August 15, 2008 **[ ]**

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes ☒ No | **AUSA's Initials:** |

**Case Title:** USA v. Gregory Kirk Jackson

**County where offense occurred :** Oakland & Wayne, Michigan

**Check One:** ☒ **Felony** ☐ **Misdemeanor** ☐ **Petty**

✓_Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [**Case number:** ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____ **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

November 10, 2015
Date

RONALD W. WATERSTREET
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9593
Fax: (313) 226-4678
E-Mail address: ronald.waterstreet@usdoj.gov
Attorney Bar #:

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated. 04/13