UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,     CRIMINAL NO: 15-cr-20719

v.              HON: MARIANNE O. BATTANI

D-1 GREGORY KIRK JACKSON,
   aka Gregg Kirk Chase,

     Defendant.
_____/

## STIPULATION TO AMEND INDICTMENT AND CASE CAPTION

On November 12, 2015, GREGORY KIRK JACKSON, also known as Gregg Kirk Chase, defendant herein, was indicted for 18 U.S.C. §1546(a) – Use of Immigration Document Procured by Fraud, 18 U.S.C. §1001 (a)(2) – False Statements to Federal Agent, 18 U.S.C. §1015(f) – False Claim of United States Citizenship, and 18 U.S.C. §611 – Illegal Voting by an Alien. The case caption listed the defendant's true name as GREGORY KIRK JACKSON. However, the parties agree that Defendant's true name is GREGG KIRK CHASE.

1

Based upon the forgoing, the parties herein stipulate to an amendment of the Indictment and the case caption of the case charged under criminal case number 15-20719 listing the case under the Defendant's true name of GREGG KIRK CHASE, and listing his alias name as Gregory Kirk Jackson.


s/ Ronald Waterstreet
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, MI 48226
313-226-9100

s/ Rafael C. Villarruel w/consent
Attorney for Defendant
613 Abbott Street, 5th Floor
Detroit, MI 48226
313-967-5549


Dated: February 10, 2016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,                CRIMINAL NO: 15-cr-20719

v.                                  HON: MARIANNE O. BATTANI

D-1 GREGORY KIRK JACKSON,
         aka Gregg Kirk Chase,

                Defendant.
_____/

## ORDER TO AMEND INDICTMENT AND CASE CAPTION

This matter coming before the court on the stipulation of the parties, it is hereby

**ORDERED** that there be an amendment of the Indictment and the case caption of the

case charged under criminal case number 15-cr-20719 listing the case under the

defendant's true name of GREGG KIRK CHASE, and listing his alias name as

Gregory Kirk Jackson.

Date:   February 10, 2016             s/Marianne O. Battani
                                       MARIANNE O. BATTANI
                                       United States District Judge