UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

-vs-

D-1 GREGG KIRK CHASE,
*aka Gregory Kirk Jackson,*

Defendant.

CRIMINAL NO. 15-20719

HON. MARIANNE O. BATTANI

_____/

## JUDICIAL ORDER OF REMOVAL

Pursuant to the authority under Title 8, United States Code, Section 1228(c)(5); and in accordance with the agreement between the parties, and upon the defendant's waiver of his right to notice and hearing under Title 8, United States Code, Section 1228(c)(1), as reflected in the Rule 11 Plea Agreement; and with the concurrence of the designee of the Assistant Secretary for Immigration and Customs Enforcement; and upon full consideration having been given to the matters set forth therein, this Court finds that:

1. The defendant is a native and citizen of Canada.

2. The defendant is not a citizen or national of the United States.

3. The defendant has been convicted of Use of Immigration Document Procured by Fraud in violation of 18 U.S.C. §1546(a) and False Claim of United States Citizenship in violation of 18 U.S.C. § 1015(f).

4. The defendant is subject to removal from the United States as an alien who is deportable pursuant to Title 8, United States Code, Section 1227(a)(2)(A)(iii).

5. Pursuant to the Rule 11 Plea Agreement, the defendant has knowingly and voluntarily waived his right to a hearing before an immigration judge to determine if he is removable from the United States and whether he is eligible or entitled to any relief or protection from removal.

6. The defendant has knowingly and voluntarily waived all forms of relief and protection from removal from the United States. The defendant has designated the country of Canada for removal pursuant to Title 8, United States Code, Section 1231(b)(2)(A).

WHEREFORE,

IT IS ORDERED that pursuant to Title 8, United States Code, Section 1228(c)(5), the defendant, Gregg Kirk Chase, also known as Gregory Kirk Jackson, alien numbers A 098 023 030, A 021 212 595 and A 058 308 317, be removed and deported from the United States to the country of Canada or to any other country as prescribed by the immigration laws and regulations of the United States, under Title 8, United States Code, Section 1227(a)(2)(A)(iii).

_____
HONORABLE MARRIANNE O. BATTANI
UNITED STATES DISTRICT JUDGE

Dated: 3/30/16